UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

JANET AVILES, et al,

      Plaintiff,

v.                                      ACTION NO. 2:13cv418

BAE SYSTEMS NORFOLK SHIP REPAIR, INC.,

      Defendants.

## O R D E R

On April 8, 2014, the Court held a conference with the parties in the above-captioned case. Plaintiffs were represented by James Shoemaker, Esq. and Joshua Friedman, Esq. Jennifer Reisch appeared for the Plaintiffs by telephone. Defendants were represented by Carson Sullivan, Esq. The Court DENIES Defendant's Motion to Stay Class Discovery Pending Resolution of Dispositive Motions (ECF No. 32).

The Clerk shall mail a copy of this Order to all counsel of record.

                                                    /s/
                                          Tommy E. Miller
                                   United States Magistrate Judge

Norfolk, Virginia
April 11, 2014