IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| **JANET AVILES, JAMIEKA BROWN, STEPHANIE JACKSON, and KEL SHARPE,** individually and on behalf of all others similarly situated, <br><br> **Plaintiffs,** <br><br> v. <br><br> **BAE SYSTEMS NORFOLK SHIP REPAIR, INC. and BAE SYSTEMS SHIP REPAIR, INC.,** <br><br> **Defendants.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) **Case No.: 2:13-cv-00418-AWA-TEM** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF UNOPPOSED MOTION FOR:
(1) PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT;
(2) PRELIMINARY CERTIFICATION OF SETTLEMENT CLASS;
(3) APPROVAL OF NOTICE PLAN; AND
(4) SETTING SCHEDULE FOR FINAL APPROVAL**

Plaintiffs Janet Aviles, Jamieka Brown, Stephanie Jackson, Kel Sharpe, individually and on behalf of all others similarly situated ("Plaintiffs"), without opposition from Defendants BAE Systems Norfolk Ship Repair, Inc. and BAE Systems Ship Repair, Inc. (collectively "BAE Systems" or "Defendants"), will and do hereby move this Court pursuant to Rule 23 of the Federal Rules of Civil Procedure to enter an Order:

1. Granting preliminary approval of the parties' proposed settlement agreement and the class action settlement it embodies ("Settlement" or "Settlement Agreement");

2. For purposes of Settlement only:

    a. Certifying the following settlement classes:

        i. An Injunctive Relief Class (Sub-Class A) pursuant to Rule 23(b)(2) of the Federal Rules of Civil Procedure, consisting of all women who held a Non-Management Position at BAE Systems Norfolk

      Ship Repair, Inc. at any time during the period from October 5, 2007 through December 31, 2014, except those individuals who previously entered into releases of claims as part of individual agreements with BAE Systems that did not carve out an exception for this action at any time prior to the preliminary approval date; and

    ii. A Monetary Relief Class (Sub-Class B) pursuant to Rule 23(b)(3) of the Federal Rules of Civil Procedure, consisting of all women who held a Bargaining Unit Position at BAE Systems Norfolk Ship Repair, Inc. at any time during the period October 5, 2007 through December 31, 2014, except those individuals who previously entered into releases of claims as part of individual agreements with BAE Systems that did not carve out an exception for this action at any time prior to the preliminary approval date;

  b. Appointing Janet Aviles, Jamieka Brown, Stephanie Jackson and Kel Sharpe as Class Representatives;

  c. Appointing Plaintiffs' Counsel, the Law Offices of Joshua Friedman PC and Equal Rights Advocates, as Class Counsel;

3. Approving the proposed notice plan, forms of notice and directing distribution of the proposed class notice and related documents to Sub-Class B/Monetary Relief Class Members;

4. Appointing Settlement Services, Inc. (SSI) as the Settlement Administrator; and

5. Scheduling a final approval hearing no less than 130 days after entry of the order granting preliminary approval, or such later date as is available for the Court.

  This motion is made on the grounds that, following meaningful discovery and exchange of information, the parties negotiated the Settlement at arms' length and in good faith. The Settlement is fair, reasonable, and adequate, and deserves preliminary approval by the Court.

This motion is supported by the accompanying Memorandum in Support and exhibits, the Declarations of Joshua Friedman and Jennifer Reisch in Support of the Unopposed Motion for Preliminary Approval of Class Action Settlement, and the proposed Order; the Court's record of this action; all matters of which the Court may take notice; and such other and further oral and/or documentary evidence as may be properly presented at the hearing on this matter.

Dated:  August 31, 2015

  /s/ Joshua Friedman
Joshua Friedman
Rebecca Houlding
Giselle Brianceschi Schuetz
Law Offices of Joshua Friedman PC
1050 Seven Oaks Lane
Mamaroneck, NY 10543
Tel. (888) 369-1119
josh@joshuafriedmanesq.com
giselle@joshuafriedmanesq.com
rebecca@joshuafriedmanesq.com
*Counsel for Plaintiffs and the Proposed Settlement Class*

Respectfully submitted,

   /s/ Jennifer A. Reisch
Noreen A. Farrell
Jennifer A. Reisch
Keasara M. Williams
Equal Rights Advocates
1170 Market Street, Suite 700
San Francisco, CA 94102
Tel:  (415) 621-0672
Fax:  (415) 621-6744
jreisch@equalrights.org
kwilliams@equalrights.org
*Counsel for Plaintiffs and the Proposed Settlement Class*

  /s/ James Harrell Shoemaker, Jr.
James Harrell Shoemaker, Jr.
Jason Eric Messersmith
Patricia Ann Melochick
Patten Wornom Hatten & Diamonstein LC
12350 Jefferson Ave, Suite 300
Newport News, VA 23602
(757) 223-4500
jshoemaker@pwhd.com
jmessersmith@pwhd.com
tmelochick@pwhd.com
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 31st day of August, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing (NEF) to the following:

      Carson H. Sullivan
      Barbara B. Brown (*Admitted pro hac vice*)
      Paul Hastings, LLP
      875 15th Street, N.W.
      Washington, D.C. 20005
      202-551-1700 (telephone)
      202-551-1705 (facsimile)
      carsonsullivan@paulhastings.com
      barbarabrown@paulhastings.com

      *s/ James H. Shoemaker, Jr.*
      James H. Shoemaker, Jr., VSB No. 33148
      Patten, Wornom, Hatten & Diamonstein, L.C.
      12350 Jefferson Avenue, Suite 300
      Newport News, Virginia 23602
      Telephone: (757) 223-4500
      Facsimile: (757) 223-4518
      jshoemaker@pwhd.com
      Counsel for the Plaintiffs