# UNITED STATES DISTRICT COURT
*EASTERN DISTRICT OF VIRGINIA*

### NORFOLK DIVISION

Wednesday, February 10, 2016

**MINUTES OF PROCEEDINGS IN** Open Court

**PRESENT**: THE HONORABLE Arenda Wright Allen, District Judge

Deputy Clerk: Lorraine Howard            Reporter: Tamora Tichenor, OCR

| Set: 9:00 a.m. | Started: 9:15 a.m. | Ended: 9:30 a.m. |
|---|---|---|

| |
|---|
| Case No.   2:13cv418 |
| **Janet Aviles et al.** |
| **v.** |
| **BAE Systems Norfolk Ship Repair, Inc. et al.** |
| |
| Matter came on for a hearing regarding [107] Motion for Final Approval of Class Action Settlement. |
| Jennifer Reish, Joshua Friedman and Andrew Dean present on behalf of the Plaintiffs. |
| Carson Sullivan present on behalf of the Defendants. |
| Comments of the Court. |
| Arguments of Counsel for the Plaintiffs heard. |
| Arguments of Counsel for the Defendants heard. |
| Court to take the matter under advisement. An order is forthcoming by close of business today. |
| Court adjourned. |